404 A.2d 1348

**GRANT BUILDING COMPANY, Appellant,**

v.

**Alexander IVANCIW.**

Superior Court of Pennsylvania.

Argued April 11, 1979.

Decided May 31, 1979.

David B. Fawcett, Jr., Pittsburgh, for appellant.

Robert E. Wayman, Pittsburgh, for appellee.

Before CERCONE, President Judge, and WIEAND and HOFFMAN, JJ.

PER CURIAM:

This is an appeal from orders striking a confessed judgment in ejectment and dismissing appellant's complaint without leave to amend. Where a court is petitioned to open judgment, as here, it is error for the court to strike the judgment *sua sponte*. *Baederwood Shopping Center, Inc., v. St. George & Co., Inc.*, 262 Pa.Super. 55, 396 A.2d 642 (1978). On remand the appellee may still litigate the meritorious defenses alleged in its petition to open.

Order reversed and complaint and judgment reinstated.